# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS BOOZER, an individual, | ) | Case No. 1:17-cv-01760 AWI JLT |
| Plaintiff, | ) ) | **JOINT STIPULATION AND [PROPOSED ORDER] TO MOVE THE PARTIES'** |
| v. | ) ) | **MANDATORY SCHEDULING CONFERENCE FROM MARCH 28, 2018 TO** |
| TRINITY INDUSTRIES, INC., et al., | ) ) | **MARCH 27, 2018** |
| | ) | (Doc. 10) |
| Defendants. | ) ) | |

The parties' stipulation (Doc. 10) to continue the scheduling conference is **GRANTED**. The scheduling conference is continued to **March 27, 2018** at 8:15 a.m.

IT IS SO ORDERED.

Dated: **January 18, 2018**              **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE