# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BOOZER, an individual, | ) Case No. 1:17-cv-01760 AWI JLT |
| Plaintiff, | ) **ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |
| v. | ) |
| TRINITY INDUSTRIES, INC., et al., | ) (Doc. 17) |
| Defendants. | ) |

The stipulation[1] of the parties to allow the plaintiff to file a first amended complaint within 14 days if the scheduled mediation is unsuccessful is **GRANTED**.

IT IS SO ORDERED.

Dated: **March 29, 2018**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

---

[1] This stipulation relies upon a tolling agreement executed concurrently with the stipulation and is incorporated herein.